

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS
## AUSTIN

GERALD C. MANN
ATTORNEY GENERAL

Hon. A.M. Pribble
County Attorney
Mills County
Goldthwaite, Texas

Dear Sir:

Opinion No.O-1623
Re: Does the commissioners' court of a
county have the authority to purchase
and maintain scales for a public weigh-
er?

We are in receipt of your request for an opinion
on the following question together with your helpful
brief on the matter:

"Does the Commissioners Court of a county
have the authority to purchase and maintain
scales for a public weigher?"

The commissioners' court is a creature of the Con-
stitution of Texas, and its powers are limited by the Con-
stitution and the laws passed by the Legislature, and it
must have authority of law, express or implied, for its
acts.

COMMISSIONERS' COURT OF MADISON COUNTY vs. WALLACE
ET AL., 118 TEX. 279, 15 S.W. (2d) 535;
EL PASO COUNTY vs. ELAM, 106 S.W. (2d) 393.

Under the head of "powers and duties", Article
2351 to Article 2372f, Vernon's Annotated Civil Statutes,
Title 44, "Courts-Commissioners", we find no statutory
authority for the purchase and maintenance of scales for
a public weigher by the commissioners' court of a county.

Nor is such authority conferred by the Constitu-
tion.

ARTICLE V, SECTIONS: 8,16,20,21,23,24,28,29;
ARTICLE VII, SECTION 6;
ARTICLE VIII, SECTION 18;
ARTICLE IX, SECTION 5;
ARTICLE XVI, SECTION 40.

Articles 5660 to 5704, Vernon's Annotated Civil Statutes, relating to "Public Weigher" do not provide for the purchase and maintenance of scales for a public weigher by the commissioners' court of a county.

We recognize the fact that the commissioners' court has implied authority to do what may be necessary in the exercise of the duties conferred upon it. EL PASO COUNTY vs. ELAM, supra. Therefore, we are not passing upon the question of whether or not the commissioners' court may purchase scales to be used by the county for county business. But there is no more implied authority for the commissioners' court of a county to purchase and maintain scales for a public weigher than there is express authority in the Constitution or the statutes.

It is our opinion that under the Constitution of Texas and the existing statutes relating to the powers of commissioners' court and the office of public weigher the commissioners' court of a county has no authority to purchase and maintain scales for a public weigher.

Trusting we have answered your inquiry, we are

Yours very truly

ATTORNEY GENERAL OF TEXAS

By          Dick Stout
            Assistant

DS:ob

APPROVED NOV 3, 1939

Gerald C. Mann

ATTORNEY GENERAL OF TEXAS



APPROVED
OPINION
COMMITTEE
BY BWP